# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In Re:

| | | |
|---|---|---|
| | : | Case No. 09-64931 |
| John Alan Romanyak | : | SSN: XXX-XX-7251 |
| Jerri Lynne Romanyak | : | SSN: XXX-XX-3024 |
| | : | Chapter 13 |
| | : | Judge Caldwell |
| Debtor(s). | | |

## OBJECTION TO PROOF OF CLAIM OF
## OHIO DEPARTMENT OF TAXATION

Now come the Debtors, John and Jerri Romanyak, by and through Counsel, who hereby objects to Claim #9 of Ohio Department of Taxation, Bankruptcy Division, PO Box 530, Columbus, OH 43216, hereinafter "Creditor", in the total amount of $11,607.15 filed on May 7, 2010 and moves this Court for an order disallowing the claim in the amount of $10,333.00. A memorandum in support follows.

Respectfully Submitted,

/s/ Matthew J. Thompson
Matthew J. Thompson (0040759)
**Nobile & Thompson Co., L.P.A.**
4511 Cemetery Road, Suite B
Hilliard, OH 43026
614-529-8600 Phone
614-529-8656 Fax
mjthompson@ntlegal.com

## MEMORANDUM IN SUPPORT OF OBJECTION

Debtors state that claim #9 of Creditor includes an unsecured amount of $10,333.00 for the tax years of 2001 and 2002. The Debtors states that these amounts are overstated and were in fact paid in a timely manner during those tax periods.

WHEREFORE, the Debtor prays for an order disallowing claim #9 of Ohio Department of Taxation in the amount of $10,333.00.

/s/ Matthew J. Thompson
Matthew J. Thompson (0040759)
**Nobile & Thompson Co., L.P.A.**
4511 Cemetery Road, Suite B
Hilliard, OH 43026
614-529-8600 Phone
614-529-8656 Fax
mjthompson@ntlegal.com

CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2010, a true copy of the foregoing Objection to Proof of Claim was served upon the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court: Frank M. Pees, Chapter 13 Trustee, The Office of the U.S. Trustee and Gregory S. Pope and on the following by **ordinary U.S. Mail, postage pre-paid,** addressed to:

John & Jerri Romanyak
1533 Burkey Ct.
Reynoldsburg, OH 43068

Ohio Department of Taxation
Bankruptcy Division
PO Box 530
Columbus, OH 43216

/s/ Matthew J. Thompson
Matthew J. Thompson (0040759)
**Nobile & Thompson Co., L.P.A.**

# Form 20A NOTICE OF OBJECTION

The Debtor(s) has/have filed papers with this Court requesting the relief sought in the OBJECTION enclosed with this NOTICE.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to GRANT the relief requested in the enclosed OBJECTION, or if you want the Court to consider your views on the OBJECTION, then on or before **JULY 18, 2010**, you or your attorney must:

1. File with the Court, a written response to the OBJECTION expressing your objection or viewpoint. The response is to be filed with the Clerk of Courts at 170 N. High St. Columbus, Ohio 43215.

    If you mail your written response to the Court for filing by the Clerk, you must mail it early enough so the Court will **receive** it on or before the date stated above.

2. You must also mail a copy of the written response to the Debtor(s) at the address listed on the front of this paper entitled Certificate Of Service.

3. You must also mail a copy of the written response to **Nobile & Thompson Co., L.P.A., 4511 Cemetery Road, Suite B, Hilliard, OH 43026.**

4. Finally, you must attend any Court hearing scheduled to consider this OBJECTION. The Court will likely schedule an oral hearing and serve only those parties who have in fact filed a written response.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the OBJECTION and may enter an order granting that relief.