**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: October 15, 2010**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| *In re*: | : | **Case No. 09-64931** |
| | : | |
| John A. Romanyak | : | Chapter 13 |
| Jerri L. Romanyak, | : | Judge Caldwell |
| *Debtor(s)*. | : | |

### ORDER DENYING OBJECTION TO CLAIM (DOC. NO. 40)

On June 18, 2010, the above-captioned Objection was filed; the Claimant responded on July 19, 2010. A Trial Scheduling Order was entered on July 29, 2010, that in relevant part set October 12, 2010, as the trial date, and the parties were required to file by October 8, 2010, exhibit and witness lists and any stipulations. No action; however, was taken by the parties to fulfill the requirements of the Trial Scheduling Order, and on the trial date only counsel for the Debtor appeared, late, and requested additional time.

In view of the failure of the parties to comply with the Trial Scheduling Order, and the delay in the prosecution of this dispute that has been pending since June of this year, no further time is warranted.

Accordingly, the Objection to Claim (Doc. No. 40) is **DENIED**.

**IT IS SO ORDERED.**

Copies to:
Default List
Gregory S. Pope, Esq.(electronic service)
Kathleen Tourgeman, Courtroom Deputy